# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MELODI O'NEAL**                                                                                 **PLAINTIFF**

**v.**                                         **Case No. 4:18-cv-00524-LPR**

**RON SELF, individually and
in his official capacity as employee of
the Little Rock School District,
JORDAN EASON, individually and
in her official capacity as employee of
the Little Rock School District**                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed today, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered in favor of Ron Self and Jordan Eason on all claims asserted against them.

IT IS SO ADJUDGED this 27th day of July 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE